

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2014

No. 04-13-00886-CR

Jimmy **TURNER**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6595B
Honorable Maria Teresa Herr, Judge Presiding

## O R D E R

 The State's brief was originally due September 4, 2014; however, the court granted an extension of time to file the brief until October 6. The State has filed a motion requesting until November 6, 2014 to file the brief.

 We **grant** the motion and **order** the State's brief due **November 6, 2014**. Counsel is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court